# COURT MINUTES

## Magistrate Judge James M. Hopkins

Paul G. Rogers Courthouse     Date: 1/12/2018    Time: 10:00am

Defendant: Alan Martin Bostom (surr) ✓    J#: _____    Case #: 17-80194-Cr-Middlebrooks/Brannon

AUSA: A. MARIE VILLAFANA ✓    Attorney: Robert Nicholson ✓ (Retained)

Violation: 18:1349 & 1035

Proceeding: Initial Appearance ✓, Arraignment ✓ & Bond Hearing ✓    CJA Appt: _____

Bond/~~PTD~~ Held: ● Yes ○ No    Recommended Bond: _____

Bond Set at: $1,000,000 PSB (JMH)    Co-signed by: _____

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: FLORIDA AND GEORGIA
- [ ] Other: _____

Language: ENGLISH

Disposition:
DEFENDANT PRESENT WITH COUNSEL
DEFENDANT ADVISED OF MAXIMUM PENALTIES
DEFENSE COUNSEL ADVISED THE COURT THAT HE HAS FILED A PERMANENT APPEARANCE ON BEHALF OF THE DEFENDANT
DEFENDANT SIGNED THE WAIVER OF INDICTMENT
ARRAIGNMENT HELD
GOVT REQUEST A 1 MILLION DOLLAR PSB UNSECURED – COURT RELEASED THE DEFENDANT ON A 1 MILLION DOLLAR PSB

FILED by ___ D.C.
JAN 12 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 10:14:28     Time in Court: 7 MINS